UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                -v-                                                     :    21-CR-148-05 (PAE)
                                                                        :
JAYSON COLON,                                                           :    SCHEDULING ORDER
                                                                        :
                                Defendant.                              :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules bond review hearing in this case, pending such application, for **September 14, 2021** at **1:00 p.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

Dated: September 8, 2021
       New York, New York

                                                PAUL A. ENGELMAYER
                                                United States District Judge