UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JAYSON COLON,

Defendant.

21-CR-148-05 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court **AFFIRMS** Magistrate Judge Moses's decision detaining the defendant pursuant to 18 U.S.C. § 3142(b).

The Clerk of Court is requested to terminate the motion at Dkt. No. 49.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: September 14, 2021
       New York, New York