**BRADLEY LAW FIRM**
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

January 19, 2022

**VIA ECF & EMAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Jayson Colon*, 21 Cr. 148 (PAE)

Dear Judge Engelmayer:

I represent Jayson Colon in the above-referenced matter. Mr. Colon is currently scheduled for a change-of-plea hearing on January 24, 2022. The defense respectfully requests that the Court adjourn the hearing for approximately two weeks. The government does not oppose this request. The adjournment would allow defense counsel sufficient time to continue to confer with Mr. Colon regarding his plea allocution under difficult pandemic-related conditions, as in-person legal visits are still suspended at Essex County Correctional Facility. Additionally, legal calls are of limited duration, terminate without warning and are subject to random disconnections.

Accordingly, it is respectfully requested that the pretrial conference be adjourned to one of the following dates during the week of February 7, 2022, convenient to the Court: February 7 or 9 after 1:00 PM; February 10 before 11:30 AM; or February 11. The defense consents to the exclusion of time under the Speedy Trial Act until the new date.

The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

*/s/ Michael D. Bradley*

Michael D. Bradley

---

**GRANTED.** The next conference is adjourned until February 9, 2022 at 2:30 p.m. for the reasons stated. The Court excludes time until that date pursuant to 18 U.S.C. 3161(h)(7)(A). The Clerk of Court is requested to terminate the motion at Dkt. No. 83.

1/20/2022

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge