**BRADLEY LAW FIRM**
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

August 16, 2022

**BY ECF AND E-MAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Jayson Colon,* 21 Cr. 148 (PAE)

Dear Judge Engelmayer:

I represent Jayson Colon in the above-referenced matter. Mr. Colon is currently scheduled to be sentenced on August 31, 2022. The defense requests that Mr. Colon's sentencing be adjourned for approximately 30 days. An adjournment would provide sufficient time to obtain program, educational, employment and medical records from Essex County Correctional Facility for the Court's consideration at sentencing. This is Mr. Colon's third request for adjournment of sentencing and the Government consents in this request. Accordingly, it is respectfully requested that Mr. Colon's sentencing be adjourned for approximately 30 days, to a date convenient to the Court in early October. The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

Michael D. Bradley

cc:   AUSA Kedar Bhatia (*via ECF and e-mail*)
      AUSA Andrew Rohrbach (*via ECF and e-mail*)
      Jayson Colon (*US Mail*)

**GRANTED.** Sentencing is adjourned to September 30, 2022 at 2:00 p.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 132.

8/17/2022

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge