UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                                       :

UNITED STATES,                                    :

      -v-                                                 :              21-CR-148-05 (PAE)

JAYSON COLON,                              :

                    Defendant.        :
-------------------------------------------------------X

## ORDER

Upon review of defendant's motion, it is hereby:

ORDERED that Essex County Correctional Facility release to Defendant's counsel, Michael D. Bradley, Esq. within five business days from the issuance of this order:

    (1) Defendant's complete medical records, including any mental health records and notes of treatment from the time he entered into the custody of Essex County Correctional Facility to the present, and

    (2) Defendant's disciplinary records, incident reports and infractions from the time he entered into the custody of Essex County Correctional Facility to the present, and

(3) Defendant's program, employment, inmate account and education records from the time he entered into the custody of Essex County Correctional Facility to the present.

SO ORDERED:

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: New York, New York
August 19, 2022

The Clerk of Court is requested to terminate the motion at Dkt. No. 134.